1

**ANDERSON BANTA CLARKSON** PLLC
48 NORTH MACDONALD

2

MESA, ARIZONA  85201
TELEPHONE (480) 788-3053

3

Adam C. Anderson/024314

4

Attorney for JESUS R. LOPEZ, JR.

5

6

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

7

### PHOENIX DIVISION

8

9

| JESUS R. LOPEZ, JR., | Case No.:  CV-15-2316-PHX-DLR |
|---|---|

10

Plaintiff,

11

vs.

12

EQUIFAX INFORMATION SERVICES,
INC., and CITIBANK, NA,

13

14

Defendants,

15

16

### <u>NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL</u><br><u>DEADLINES WITH REGARD TO CITIBANK, N.A.</u>

17

Plaintiff, JESUS R. LOPEZ, JR.,, hereby respectfully apprises this Honorable Court

18

that the Plaintiff and Citibank, N.A., have negotiated a settlement.  Plaintiff further states as

19

follows:

20

1.      The Plaintiff and Citibank, N.A., have reached a settlement accord and are

21

currently in the process of preparing formal documents necessary to memorialize the

22

pertinent terms and conditions of the parties' settlement agreement.

23

24

25

2.      Given the imminence of the Plaintiff and Citibank, N.A., finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines pertaining to Citibank, N.A.

3.      Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 45 days.

4.      In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that he be granted 60 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

5.      This does not affect the case against Equifax Information Services, LLC, and that will proceed as scheduled.

**ANDERSON BANTA CLARKSON PLLC**

By: ___ s/ Adam Anderson _____
     Adam C. Anderson
     48 North MacDonald Street
     Mesa, AZ  85201
     Attorney for JESUS R. LOPEZ, JR.

**ANDERSON BANTA CLARKSON PLLC**
48 NORTH MACDONALD
MESA, ARIZONA  85201
TELEPHONE (480) 788-3053

Adam C. Anderson/024314
Attorney for JESUS R. LOPEZ, JR.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| JESUS R. LOPEZ, JR., | Case No.:  CV-15-2316-PHX-DLR |
| Plaintiff, | |
| vs. | |
| EQUIFAX INFORMATION SERVICES, INC., and CITIBANK, NA, | |
| Defendants, | |

## <u>CERTIFICATE OF SERVICE</u>

**To:**  Jacob Jones
        SNELL & WILMER L.L.P.
        One Arizona Center 400 E. Van Buren,
        Suite 1900
        Phoenix, AZ 85004-2202

Andrew Moritz
Assistant General Counsel - Consumer Litigation
Citibank, N.A.
14000 Citi Cards Way,
C1G-1B235
Jacksonville FL 32258
andrew.moritz@citi.com

I, Adam Anderson, an attorney, certify that on **February 22, 2016**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box, prior to 5:00 p.m., postage prepaid; messenger

delivery; Federal Express; facsimile; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|          | U.S. Mail          |          | Facsimile              |
|----------|--------------------|----------|------------------------|
|          | Messenger Delivery | __X__    | Email (Andrew Moritz)  |
|          | Federal Express/UPS| __X__    | ECF (Jacob Jones)      |

**ANDERSON BANTA CLARKSON PLLC**

By: ___ s/ Adam Anderson ___
    Adam C. Anderson
    48 North MacDonald Street
    Mesa, AZ  85201
    Attorney for JESUS R. LOPEZ, JR.