# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus R. Lopez Jr, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services Incorporated, et al., <br><br> Defendants. | No. CV-15-02316-PHX-DLR <br><br> **ORDER** |

The Court has been advised that Plaintiff has reached a settlement with Defendant Citibank, N.A. only.  (Doc. 14.)

**IT IS ORDERED** that Defendant Citibank, N.A., will, without further Order of this Court, be dismissed within 45 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** Defendant Citibank, N.A. only on **April 11, 2016** without further leave of Court.

Dated this 23rd day of February, 2016.

Douglas L. Rayes
United States District Judge