**SMITHMARCO, P.C.**
20 South Clark Street, Suite 2120
Chicago, IL 60603
TELEPHONE (312) 546-6539
David M. Marco
Attorney for JESUS R. LOPEZ, JR.

**SNELL & WILMER L.L.P.**
One Arizona Center 400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone (602) 382-6562
Jacob C. Jones/029971
Attorney for EQUIFAX INFORMATION SERVICES, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| JESUS R. LOPEZ, JR., | Case No.: CV-15-2316-PHX-DLR |
| Plaintiff, | |
| vs. | |
| EQUIFAX INFORMATION SERVICES, INC., | |
| Defendant. | |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs or attorneys' fees to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** July 8, 2016

| For Plaintiff,<br>Jesus Lopez, Jr. | For Defendant,<br>Equifax Information Services, LLC |
|---|---|
| **/s David M. Marco**<br>SMITHMARCO, P.C.<br>20 South Clark Street, Suite 2120<br>Chicago, IL 60603<br>**Telephone:** (312) 546-6539<br>**Facsimile:** (888) 418-1277<br>**E-mail:** dmarco@smithmarco.com<br>*Admitted Pro Hac Vice* | **/s with consent Jacob C. Jones**<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2202<br>**Telephone:** (602) 382-6562<br>**Facsimile:** (602) 382-6070<br>**E-mail:** jcjones@swlaw.com |