IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus R. Lopez Jr, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services Incorporated, et al., <br><br> Defendants. | No. CV-15-02316-PHX-DLR <br><br> **ORDER** |

The Court has reviewed the parties' Stipulation to Dismiss with prejudice pursuant to Settlement. (Doc. 22.) For good cause shown,

**IT IS ORDERED** that this case is dismissed with prejudice and without costs or attorneys' fees to either party.

Dated this 11th day of July, 2016.

Douglas L. Rayes
United States District Judge